FILED

APR 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUDY KO, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>ALFREDO WALSH,<br><br>   Objector - Appellant,<br><br> v.<br><br>NATURA PET PRODUCTS, INC.; et al.,<br><br>   Defendants - Appellees. | No. 12-17296<br><br>D.C. No. 4:09-cv-02619-SBA<br>Northern District of California, Oakland<br><br>ORDER |

  The opening brief was due April 5, 2013. Court records do not indicate that appellant has filed the opening brief or a motion for an extension of time to do so. This case is dismissed under Ninth Cir. R. 42-1.

  A copy of this order sent to the district court shall act as and for the mandate

22APR2013/LBS/Pro Mo

12-17296

of this court.

Appellees Natura's motion to dismiss and appellee Judy Ko's joinder thereto are denied as unnecessary.

>
> For the Court:
>
> MOLLY C. DWYER
> Clerk of the Court
>
>
> Lorela Bragado-Sevillena
> Deputy Clerk
>     Ninth Circuit Rule 27-7/Advisory Note
>     to Rule 27 and Ninth Circuit Rule 27-10